THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUDIA H. ELLIOT

Plaintiff,

Vs.

Richmond County Marshals Office
Officer Brantley – Badge # M14
Officer Billman – Badge # M10
Officer Grier – Badge # M42
Officer Wiggins – Badge # M28
Officer Brown – Badge # M37
Officer Hart – Badge # M43
Officer Roche – Badge # M41

Defendants.

Case No. CV123-199

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
10:01 AM
Dec 27, 2023
Jamie [signature]
Deputy Clerk

## Lawsuit Against Marshals

**COMES NOW** the Plaintiff filing a lawsuit against Richmond County Marshals Office for the following reasons:

1. Due to illegal actions against Plaintiff
    a. On September 19, 2023, at approximately 9:30AM, I was in the kitchen at 2809 Butler Manor Dr. Hephzibah, GA 30815. At the time, myself, my daughter, and my fiancé were at the above address. My fiancé was sleeping, and my daughter was in her vehicle that was parked in front of the house on the street. I received a phone call from my daughter (Rasheeda Elliott) that the Marshal's were at the house. I left the kitchen to advise my fiancé of the Marshal's being at the house. My fiancé and I proceeded to walk from the bedroom to the living room which is only about 15 ft. Once we made it to the end of the hall, upon entering the living room we were met with guns drawn and screaming "Marshals Office Marshals Office." Officer Brantley badge number M14, was in front followed by Officer Billman badge number M10, Officer Grier badge number M42, Officer Wiggins badge number M28, and Officer Brown badge number M37. Officer Billman began to say that they were present to execute an eviction. My fiancé Walter Davis asked Officer Brantley if it was normal procedure to have guns drawn on us for an eviction. Officer Brantley responded, "We do all of our evictions like this." I began to explain to Officer Billman, Officer Brantley, and Officer Wiggins that I appealed the Judge's decision from August 19, 2023, that granted a writ of possession and that the case was in the Appellate Court in Atlanta, GA. I asked if I could look for my paperwork and was given a few minutes to do so. I could not locate my appeal documents and was told by Officer Wiggins and Officer Brantley that "they couldn't wait until 5PM for me to find my documents". I called the Appeals court and was told that I have an appeal on

file that was pending. I pleaded with Officer Wiggins to call the Court and she instructed Officer Billman to call the Court and he did. While he was on the phone Officer Brantley instructed Vinebrook Homes to begin to take my things out of the house and they complied. Vinebrook Homes, who I am in litigation with, had their people take my lock off the door and continued to follow officer Brantley's orders to start putting my items outside. Officer Billman began to yell "STOP STOP STOP." At that time everyone froze in place and waited for him to get off the phone. Once Officer Billman hung up the phone, he said "everyone that they had to leave the premises." One of Vinebrook Homes flunkies began to put my lock back on the door. Before everyone disbursed, I asked every officer for their name and badge numbers. The only one that had an issue was Officer Hart, he was very abrasive and rude. When I asked for his badge number he said, "I'll give you my car number" and walked off.

b. This ordeal was not only embarrassing, traumatizing, unnecessary, but extremely disheartening. Myself, my pregnant daughter, and fiancé had to seek medical attention after that ordeal. Nothing was said by any officers as far as an apology or nothing. My civil rights were violated in more than one way.

c. Plaintiff along with seven Marshals came to the property with guns drawn with no paperwork and attempted to evict Plaintiff. They walked right in, without knocking or announcing themselves. They produced no paperwork, Vinebrook's people immediately changed the locks on the door and began to put Plaintiff belongings on the lawn. While Plaintiff, and her fiancé were astonished that this was happening. This act of violence was unreasonable and unnecessary force.

d. Plaintiff told Corporal Wiggins and Officer Billman of the Marshals that she has an Appeal pending, as they nor Vinebrook checked with the Court to follow proper procedure prior to eviction execution, although Vinebrook has an Attorney. It makes one wonder if some money exchanged hands between Vinebrook and the Marshals. There were about 10 plus Marshal vehicles, and five trucks with 15 men provided by Vinebrook lined up on the street. Vinebrook representatives were also there. The proper procedure would have been for Vinebrook to do their due diligence, but even more so than that, the Marshals were supposed to go to the Court the morning of the eviction to make certain no other documents have been filed and receive the ok from the Court Clerk. The Marshals also failed to post a 24-hour notice on Plaintiff's door.

2. On or about October 2nd, 2023, my fiancé and I went to the Marshals headquarters located at 535 Telfair Street, 7th floor Augusta, Ga 30901, we stopped and spoke to the front desk clerk, and I advised her that I needed a complaint form. She gave me several forms and asked us if we wanted to speak with someone. We said yes and she called Captain Jeff Barrett to meet with my fiancé and me. Captain Barrett escorted us to the conference room where we sat down, and he grabbed his pen and notepad. We began explaining to him that his officers busted into my home with guns drawn and tried to illegally evict my family and me. We asked Captain Barrett does an eviction

warrant guns being drawn and he said no, it was quite unusual. We explained to him that I had an appeal on file and that they should never have been at my home in the first place. He asked did they put a 24-hour notice on my door, and I replied no, they did not. He apologized and said that an investigator would be In Touch with us, and the video will tell what took place. To date, we haven't heard from anyone regarding this illegal action by Richmond County Marshals.

3. Defendant Marshals violated the Plaintiff's 4th Amendment rights.
4. Defendant Marshals violated the Plaintiff's 14th Amendment rights. *Wolf v Coloardo, 338U.S.25(1949).*
5. Defendant Marshals violated the Plaintiff's civil rights to privacy.
6. Defendant Marshals violated the Plaintiff's civil rights using excessive force.
7. Defendant Marshals violated the Plaintiff's civil rights by disregarding the knock and announce rule, they simply opened the door and came in without announcing themselves until after they were already in the house.
8. Defendant Marshals violated the Plaintiff's civil rights by not putting a 24-hour notice on the door as required of them.
9. Defendant Marshals violated the Plaintiff's civil rights by retaliating against Plaintiff.
10. Defendant Marshals violated the Plaintiff's civil rights by discriminating against Plaintiff based on race.

**WHEREFORE,** the Plaintiff asks for punitive damages in the amount of $50,000,000; and compensatory damages in the amount of $50,000,000.

Sworn to me this 26th day of December 2023.

*Judia Elliot*

Judia Elliott, Pro Se
2809 Butler Manor Drive
Hephziah, GA 30815
(404) 563-3816
Jriddick40@outlook.com

2

## CERTIFICATE OF SERVICE

I Judia H. Elliot will be serving this "Lawsuit" to Vinebrook Homes, successor to Conrex Property Management, LLC As Agent for Rex Residential Property Owner A, LLC Owner for the Subject Premises by United States Postal Services, First-Class Mail to:

Vinebrook Homes,
Successor To Conrex Property Management, LLC
2531 Center West Parkway, Suite 100
Augusta, GA 30907

Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

HUD
451 7th Street SW
Washington, DC 20410

National Action Network "NAN"
ATTN: Al Sharpton
106 West 145th Street
New York, NY 10039

Attorney Ben Crump
633 Pennsylvania Avenue NW
Floor 2
Washington, DC 20004

Done, this 26 day of December 2023

*Judia Elliott*
Judia Elliott, Pro Se
2809 Butler Manor Drive
Hephzibah, GA 30815

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Judia Elliott

### DEFENDANTS
Richmond County Marshal Office

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Judia Elliott, 2809 Butler Manor Dr. Hephzibah, Ga. 30815

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

[Nature of suit checkbox grid — no boxes checked in CONTRACT, TORTS, FORFEITURE/PENALTY, BANKRUPTCY, INTELLECTUAL PROPERTY RIGHTS, LABOR, SOCIAL SECURITY, FEDERAL TAX SUITS, IMMIGRATION. Under CIVIL RIGHTS: 440 Other Civil Rights checked. Under REAL PROPERTY: 230 Rent Lease & Ejectment checked. Under OTHER STATUTES: 410 Antitrust marked.]

### V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
14th Amendment violation, civil rights violation

Brief description of cause:
violation of civil Rights & constitutional violations

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 50,000,000
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY