# United States District Court
## Southern District of Georgia

JUDIA H. ELLIOT,

Plaintiff,

                                JUDGMENT IN A CIVIL CASE

           V.                          CASE NUMBER: CV123-199

RICHMOND COUNTY MARSHALS OFFICE et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 4, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, this case is dismissed without prejudice.  This action stands closed.



| 3/4/2024 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |